USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/22/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Yemelyan Shipkevich,

                Plaintiff,

-against-

New York Presbyterian Hospital/Columbia University Medical Center, et al.,

                Defendants.

1:16-cv-09630 (RA) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

The Court shall hold Oral argument by telephone on Monday, July 20, 2020 at 2:00 p.m. on the pending motions ECF Nos. 118 and 124. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:    New York, New York
              June 22, 2020

_____
STEWART D. AARON
United States Magistrate Judge