**Law Office of Andrea Paparella, PLLC**
4 Dunlap Street
Salem, MA  01970
Phone: 617-680-2400
Fax: 914-462-3287
Email: amp@andreapaparella.com

October 6, 2020

**BY ECF**
The Honorable Ronnie Abrams
United States District Court
   for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1506
New York, NY  10007

> Re:   *Yemelyan Shipkevich v. The New York And Presbyterian Hospital and 1199 SEIU United Healthcare Workers East*; 16 Civ. 9630 (RA) (RLE)

Dear Judge Abrams:

We represent Plaintiff Yemelyan Shipkevich and respectfully write with counsel for The New York And Presbyterian Hospital ("NYPH"), to respectfully request that the Court adjourn the October 9, 2020 telephonic status conference. Dkt. 180.

Shipkevich and NYPH are privately mediating on December 1, 2020.

The Parties respectfully request that the Court adjourn the status conference until December 8, 2020, or later. By December 7, the Parties will apprise the Court as to whether they have resolved this matter.

This is the first request to adjourn this status conference.

Respectfully submitted,

*Andrea Paparella*
Andrea M. Paparella

cc:   Brian Gilbert Cesaratto, Esq. (by ECF)
      James Stuart Frank, Esq. (by ECF)
      Robert H. Stroup, Esq. (by ECF)
      Micah Wissinger, Esq. (by ECF)

Application granted.  The scheduling conference currently scheduled for October 9, 2020 is hereby adjourned until December 11, 2020 at 2:00 pm. SO ORDERED.

Ronnie Abrams, U.S.D.J.
October 7, 2020