UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YEMELYAN SHIPKEVICH,

               Plaintiff,

     v.

THE NEW YORK AND PRESBYTERIAN HOSPITAL AND 1119 SEIU UNITED HEALTHCARE WORKERS EAST,

               Defendants.

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10-9-20
```

16-CV-9630 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On September 29, 2020, the Court adopted granted summary judgment to Defendant 1119 SEIU United Healthcare Workers East on all claims. Accordingly, the Clerk of Court is respectfully requested to terminate 1119 SEIU United Healthcare Workers East as a party to this litigation.

SO ORDERED.

Dated:    October 9, 2020
             New York, New York

                                                      RONNIE ABRAMS
                                                      United States District Judge