

Attorneys at Law

Brian G. Cesaratto
t  212.351.4921
f  212.878.8600
BCesaratto@ebglaw.com

Application granted.  The conference scheduled for December 11, 2020 is adjourned sine die.  The parties shall file a joint status update no later than January 8, 2021 informing the Court of the status of its settlement efforts.
SO ORDERED.

Ronnie Abrams, U.S.D.J.
December 8, 2020

December 7, 2020

**BY ECF**

Honorable Ronnie Abrams
United States District Court Judge
United States Courthouse
40 Foley Square
New York, NY 10007

      Re: *Yemelyan Shipkevich v. The New York And Presbyterian Hospital and 1199 SEIU United Healthcare Workers East*; 16 Civ. 9630 (RA) (SDA)

Dear Judge Abrams:

      We represent Defendant The New York and Presbyterian Hospital (the "Hospital") in the above-captioned matter. We write to request that the Court adjourn the Telephonic Scheduling Conference currently scheduled for December 11, 2020, as the Plaintiff and the Hospital have reached a settlement in principle following private mediation. The adjournment will permit the aforementioned parties to finalize the terms of the settlement agreement and prepare an appropriate stipulation of dismissal with prejudice.

      We make this request with the consent of Plaintiff, through his counsel, Andrea Paparella, Esq.

      Thank you for your consideration.

      Respectfully submitted,

      */s/ Brian G. Cesaratto*

      Brian G. Cesaratto

cc:    All counsel of record
       Via ECF