| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 2-23-2021 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YEMELYAN SHIPKEVICH,

                        Plaintiff,

            v.

NEW YORK PRESBYTERIAN
HOSPITAL/COLUMBIA UNIVERSITY
MEDIAL CENTER, *et al.*,

                        Defendant.

16-CV-9630 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      The parties have represented to the Court that they reached a settlement on all issues. Dkt. 190. Accordingly, it is hereby ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days. Any application to reopen this action must be filed within thirty (30) days of this order, and any application filed thereafter may be denied solely on that basis. If the parties seek to have the Court retain jurisdiction to enforce a settlement agreement, the terms of the agreement must be placed on the public record and "so ordered" by the Court within the same thirty-day period. *See Hendrickson v. United States*, 791 F.3d 354, 358 (2d Cir. 2015). The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:    February 23, 2021
             New York, New York

                                                            RONNIE ABRAMS
                                                             United States District Judge